**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Tonya R. Larkins,                                                            Civil No. 08-35 (RHK/JSM)

       Plaintiff,                                                               **ORDER**

v.

I.C. Systems,

       Defendant.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 7, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

    1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

    2. Plaintiff's Application to Proceed <u>In Forma Pauperis</u> (Doc. No. 2) is **DENIED**; and

    3. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: March 4, 2008

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge